IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:20-CR-184-3D

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : |
| | : **ORDER** |
| TYJONTE JOHNSON, | : |
| Defendant. | : |

This matter comes before the Court on Defendant Tyjonte Johnson's Emergency Motion for a temporary release under 18 U.S.C. § 3142(i) in order to attend a private funeral for his grandmother in Lumberton, North Carolina, on September 24, 2021, and return afterwards to the Western Tidewater Regional Jail, in Suffolk, Virginia. Having shown that compelling reasons exists, it is ORDERED that the temporary release is GRANTED.

The Defendant shall be released from the Western Tidewater Regional Jail forthwith to the custody of Schaefer Brock, his mother, for transportation to Colvin Funeral Home at 1904 E. Elizabethtown Road, Lumberton, NC 28358, and remain in her custody, for the sole purpose of attending the private funeral and viewing for his grandmother. The Defendant shall return to the Western Tidewater Regional Jail in Suffolk, Virginia, while in the custody of Ms. Brock, by midnight on September 24, 2021.

This the **22** day of September, 2021.

James C. Dever III
United States District Judge