IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:20-CR-184-3D

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : |
| | :    **ORDER** |
| TYJONTE JOHNSON, | : |
| Defendant. | : |

This matter comes before the Court on Defendant Tyjonte Johnson's Emergency Motion for a temporary release under 18 U.S.C. § 3142(i) in order to attend a graveside service for his father in Lumberton, North Carolina, on January 15, 2022, and return afterwards to the Western Tidewater Regional Jail, in Suffolk, Virginia. Having shown that compelling reasons exist, it is ORDERED that the temporary release is GRANTED.

The Defendant shall be released from the Western Tidewater Regional Jail forthwith to the custody of Schaefer Brock, his mother, for transportation to Thompson Chapel Baptist Church, 1620 Popes Crossing Rd., Lumberton, NC 28358, and remain in her custody, for the sole purpose of attending the graveside service for his father. The Defendant shall return to the Western Tidewater Regional Jail in Suffolk, Virginia, while in the custody of Ms. Brock, by midnight on January 15, 2022.

This the 12 day of January, 2022.

                                                            James C. Dever, III
                                                            United States District Judge