UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Tyjonte Johnson	Docket No. 7:20-CR-184-3D

### Petition for Action on Supervised Release

COMES NOW C. Jordan Hagins, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tyjonte Johnson, who, upon an earlier plea of guilty to Count 1- Conspiracy to Distribute and Possess With the Intent to Distribute 28 Grams or More of Cocaine Base (Crack), in violation of 21 U.S.C. § 846, 21 U.S.C. § 841(b)(1)(B), and 21 U.S.C. § 841(a)(1), Count 2- Maintaining a Dwelling for Purposes of Distributing Cocaine Base (Crack) and Aiding and Abetting, in violation of 21 U.S.C. § 856(a)(1), 21 U.S.C. § 856(b), and 18 U.S.C. § 2, and Count 13- Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C.§ 924(c)(1)(A) and 18 U.S.C. § 924(c)(1)(A)(i) was sentenced by the Honorable James C. Dever III, United States District Judge, on August 24, 2022, to the custody of the Bureau of Prisons for a term of 130 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

On January 17, 2025, President Joseph R. Biden Jr. issued an Executive Grant of Clemency, and the defendant's term of supervised release commenced on July 16, 2025.

On August 19, 2025, a Violation Report was submitted to the court due to the defendant submitting a urine sample which was positive for cocaine. When confronted, the defendant admitted to engaging in the drug use. No court action was requested for this noncompliance, and the defendant was placed in substance abuse treatment and drug testing was increased.

On September 11, 2025, a Violation Report was submitted to the court due to the defendant submitting a urine sample which was positive for cocaine. When confronted, the defendant admitted to engaging in cocaine use. No court action was requested for this noncompliance, and the defendant's treatment and drug testing were increased.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On October 23, 2025, the defendant submitted a urine sample which was positive for cocaine. When confronted, the defendant admitted to engaging in cocaine use on October 18, 2025, and signed an admission form for this drug use. To address the defendant's continued drug use, it is respectfully recommended that the defendant be placed on curfew for a period of 60 days, with monitoring technology determined by the supervising officer. The defendant will continue to participate in outpatient substance abuse treatment through Integrated Behavioral Health Services. The defendant's drug use will continue to be monitored through the Surprise Urinalysis Program. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to location monitoring technology with technology to be determined by the supervising officer and abide by all program requirements, instructions, and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Tyjonte Johnson
Docket No. 7:20-CR-184-3D
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Mindy L. Threlkeld<br>Mindy L. Threlkeld<br>Supervising U.S. Probation Officer | /s/ C. Jordan Hagins<br>C. Jordan Hagins<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2533<br>Executed On: October 31, 2025 |

**ORDER OF THE COURT**

Considered and ordered this ___3___ day of __November__, 2025, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge